CHARLES M. SREBROFF, Appellant, v. RADIO ENGINEERING LABORATORIES, INC., Respondent.— In an action upon two promissory notes, plaintiff appeals from so much of an order as grants discovery and inspection of "The plaintiff's check books, savings bank passbooks and retained copies of income tax returns covering the period from 1937 to and including 1946." Order modified on the law and the facts by striking therefrom the above-quoted paragraph, and, as so modified, affirmed, with $10 costs and disbursements to appellant. In the light of the extensive examination of plaintiff, as well as the discovery and inspection of many of his contracts, invoices, bills, checkbooks and records as directed by the order appealed from, and as the moving affidavit does not contain facts showing that the papers heretofore referred to and specified in item 5 of the second ordering paragraph are necessary and material to defendant to prepare for trial, the order is modified as above indicated. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

### (April 28, 1948.)

In the Matter of the Accounting of FRANK C. GENOVESE, as Executor of MARGUERITE J. METTE, Deceased, Appellant. JOSEPH C. GENOVESE, Attorney for Executor, Appellant; JOHN BOLINGER et al., Respondents.— Motion for reargument granted. Appeal set down for reargument on Friday, May 7, 1948. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* pp. 740, 970.]

### (April 29, 1948.)

In the Matter of the Petition of EVALYN SLATER et al., Appellants, against HAROLD V. TOOHILL et al., Constituting the Zoning Board of Appeals of the Village of Port Chester, et al., Respondents.— On argument, appeal from order dated March 26, 1948, dismissed, without costs. The order dated April 10, 1948, transferring the proceeding to this court for disposition, is reversed, without costs, and the matter remitted to the zoning board of appeals of the village of Port Chester for hearing *de novo.* Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

## THIRD DEPARTMENT, APRIL, 1948.

### (April 1, 1948.)

In the Matter of ROCHESTER GAS AND ELECTRIC CORPORATION, Petitioner, and GENERAL PUBLIC UTILITIES CORPORATION, Intervener, Petitioner, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motion denied upon the ground that the decision is final in the opinion of this court. Hill, P. J., Heffernan, Russell and Deyo, JJ., concur; Foster, J., dissents.